UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14009-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ABRAM ZIESEL,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 29]. On September 16, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 25] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 26, 27]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 1]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 29] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **David Abram Ziesel** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 24-14009-CR-CANNON

3. Defendant **David Abram Ziesel** is adjudicated guilty of Count 1 of the Indictment which charges him with bank robbery, in violation of 18 U.S.C. § 2113(a) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of October 2024.

                                              **AILEEN M. CANNON**
                                             **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record